**SCALE LLP**
Jamie D. Wells (SBN 290827)
jamie.wells@scalefirm.com
Alexander J. Gershen (SBN 291929)
agershen@scalefirm.com
Corey Pedersen (SBN 336376)
cpedersen@scalefirm.com
2261 Market Street STE 85604
San Francisco, CA 94114
Telephone: 415.735.5933

Attorneys for Defendant
Point Digital Finance, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHELLE A. KEMP,

Plaintiff,

v.

POINT DIGITAL FINANCE, INC.,

Defendant.

Case No. 5:26-cv-01990-NC

**[PROPOSED] ORDER GRANTING DEFENDANT POINT DIGITAL FINANCE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**

Date: June 10, 2026
Time: 11:00 a.m.
Place: Courtroom 5

Complaint Filed: March 8, 2026

Hon. Magistrate Judge Nathanael M. Cousins

# [PROPOSED] ORDER

On June 10, 2026, at 11 a.m., in Courtroom 5 of the U.S. District Court for the Northern District of California, San Jose Federal Courthouse, located at 280 South 1st Street, San Jose, CA 95113, 4th Floor, the motion to dismiss filed by Defendant Point Digital Finance, Inc. ("Defendant") to the complaint ("Complaint") of Plaintiff Michelle A. Kemp ("Plaintiff"), came on for hearing before this Court. Having read and considered the pleadings in support of and opposition to the motion to dismiss, and having allowed the parties to present oral argument, this Court rules as follows:

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendant and, on that basis, Defendant's motion to dismiss the Complaint is **GRANTED**. Fed. R. Civ. Proc. 12(b)(6).

2. The deficiencies of Plaintiff's Complaint cannot be cured by amendment and Plaintiff is therefore **DENIED** leave to amend.

**IT IS SO ORDERED.**

Dated:______________________

______________________________
Hon. Nathanael M. Cousins
Magistrate Judge of the U.S District Court