**SCALE LLP**
Jamie D. Wells (SBN 290827)
jamie.wells@scalefirm.com
Alexander J. Gershen (SBN 291929)
agershen@scalefirm.com
Corey Pedersen (SBN 336376)
cpedersen@scalefirm.com
2261 Market Street STE 85604
San Francisco, CA 94114
Telephone: 415.735.5933

Attorneys for Defendant
Point Digital Finance, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHELLE A. KEMP,

Plaintiff,

v.

POINT DIGITAL FINANCE, INC.,

Defendant.

Case No. 5:26-cv-01990-NC

**DEFENDANT POINT DIGITAL FINANCE, INC.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

Complaint Filed: March 8, 2026

Hon. Magistrate Judge Nathanael M. Cousins

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities either: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Point Digital Finance, Inc. ("Point") is a Delaware corporation, registered to do business in California with a principal place of business in Palo Alto, California.

2. Point has a financial interest in the subject matter in controversy and is a party to the proceeding.

3. Point has no parent corporation and no publicly held corporation owns more than 10% of its stock.

4. As of this date, there is no other conflict of interest (other than the named parties) to report.

The undersigned certifies that the foregoing disclosure is complete and accurate to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry. Point acknowledges its obligation to supplement this disclosure promptly upon learning of any changes or additional information that would affect the accuracy or completeness of this statement.

Date: April 27, 2026

Respectfully submitted,

**SCALE LLP**

By: */s/ Alexander J. Gershen*

Alexander J. Gershen
2261 Market Street, Ste 85604
San Francisco, CA 94114
Telephone: 415.735.5933

agershen@scalefirm.com

Attorney for Defendant
Point Digital Finance, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, the foregoing document was filed electronically. Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Alexander J. Gershen*
Alexander J. Gershen
Attorney for Defendant
Point Digital Finance, Inc.