**SULAIMAN LAW GROUP, LTD**
Alexander James Taylor (State Bar No. 322334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE A. KEMP,<br>Plaintiff,<br>v.<br>POINT DIGITAL FINANCE, INC.,<br>Defendant. | Case No. 5:26-cv-01990-NC<br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, MICHELLE A. KEMP ("Plaintiff"), by and through her attorneys and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against POINT DIGITAL FINANCE, INC. ("Defendant"), with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 10th day of October 2024.

s/ Alexander J. Taylor
Alexander J. Taylor
Sulaiman Law Group, Ltd.

2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Alexander J. Taylor